IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LASHEA MOORE, as parent**                                                               **PLAINTIFF**
**and next friend of Z.S., a minor**

**V.**                                                      **NO. 4:22-CV-42-DMB-JMV**

**CLARKSDALE MUNICIPAL**
**SCHOOL DISTRICT, et al.**                                                    **DEFENDANTS**

## ORDER

On July 10, 2023, the City of Clarksdale, Sandra Williams, and the Estate of Kendrick Walker filed a motion pursuant to Federal Rule of Civil Procedure 54(b) seeking the entry of a final judgment "dismissing with prejudice [Lashea Moore's] claims asserted herein against Defendants City of Clarksdale, MS, Police Chief Sandra Williams in her individual and official capacities, and The Estate of Police Officer Kendrick Walker in its/his individual and official capacities." Doc. #147. As cause for such, they "rely on the stipulation of dismissal filed by all of the parties on July 3, 2023," and represent that the requested relief is unopposed. *Id.* at 1.

Because in the July 3 stipulation, all parties stipulated to the dismissal with prejudice of such claims, *see* Doc. #141, the Court concludes there is no just reason to delay the entry of a final judgment as to such claims. So the motion for entry of a Rule 54(b) final judgment [147] is **GRANTED** and a Rule 54(b) judgment will be entered accordingly.

**SO ORDERED**, this 18th day of July, 2023.

                                                                     /s/Debra M. Brown
                                                                     **UNITED STATES DISTRICT JUDGE**