IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LASHEA MOORE, as parent**                                                                              **PLAINTIFF**
**and next friend of Z.S., a minor**

**V.**                                                                         **NO. 4:22-CV-42-DMB-JMV**

**CLARKSDALE MUNICIPAL**
**SCHOOL DISTRICT, et al.**                                              **DEFENDANTS**

## RULE 54(b) JUDGMENT

In accordance with the order issued this day concluding that there is no just reason to delay the entry of a final judgment as to all claims of Lashea Moore, as parent and next friend of Z.S., a minor, against the City of Clarksdale; Police Chief Sandra Williams, in her individual and official capacities; and the Estate of Police Officer Kendrick Walker, in its/his individual and official capacities, all such claims are dismissed with prejudice.

**SO ORDERED**, this 18th day of July, 2023.

                                                                               **/s/Debra M. Brown**
                                                                               **UNITED STATES DISTRICT JUDGE**